**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6798**

RAMONA WILLIAMS,

                    Plaintiff – Appellant,

          v.

LISA BURGRESS, Officer employed by the local U.S. Marshals
Service; DOE #2, Officer employed by the local U.S. Marshals
Service; DOE #3, Officer employed by the local U.S. Marshals
Service; DOE #4, Officer employed by the local U.S. Marshals
Service; DOE #5, Officer employed by the local U.S. Marshals
Service,

                    Defendants – Appellees,

          and

UNITED STATES MARSHALS SERVICE; UNKNOWN OFFICER OF UNTIED
STATES MARSHALS SERVICE,

                    Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:09-cv-00115-REP)

Submitted:  August 18, 2011        Decided:  August 22, 2011

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ramona Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ramona Williams appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Williams' civil rights action, and a subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Williams v. Burgress</u>, No. 3:09-cv-00115-REP (E.D. Va. May 13, 2010; June 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>